**Order filed March 18, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00224-CV
_____

### IN RE JOAN E. JARVIS, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12CV1457**

---

## ORDER

On March 15, 2013, relator, Joan E. Jarvis, filed a petition for writ of mandamus. *See* Tex. Gov't Code Ann. § 22.221. Relator asks this Court to order The Honorable Kerry L. Neves, Judge of the 10th District Court, Galveston County, Texas, to set aside his order dated January 30, 2013, entered in trial court cause number 12CV1457, styled *Joan E. Jarvis v. Michael D. Parkan*. Relator claims the trial court abused its discretion.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted.  *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER the January 30, 2013 order of the court below stayed with respect to those portions that require third parties to produce documents and answer depositions on written questions in trial court cause number 12CV1457, styled *Joan E. Jarvis v. Michael D. Parkan*.  Such order is stayed until final decision by this Court of relator's petition for writ of mandamus, or until further orders of this Court.

We further ORDER real-parties-in-interest Michael D. Parkan and Christopher Wolfe to file a response to relator's petition for writ of mandamus on or before **April 5, 2013**.

PER CURIAM

Panel consists of Justices Frost, Brown, and Busby.